IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>- against -<br><br>FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.<br><br>Defendant. | **MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE**<br><br>CIVIL ACTION NO. 08-CV-02012 |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marian Hertz, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of Gretchen A. Ramos and Alan P. Jacobus:

| | |
|---|---|
| Applicant's Name: | Gretchen A. Ramos |
| Firm Name: | Carroll, Burdick & McDonough LLP |
| Address: | 44 Montgomery Street, Suite 400 |
| City/State/Zip: | San Francisco, California 94104 |
| Phone Number: | (415) 743-2576 |
| Fax Number: | (415) 989-0932 |

Gretchen A. Ramos is an active member in good standing of the bar of California.

| | |
|---|---|
| Applicant's Name: | Alan P. Jacobus |
| Firm Name: | Carroll, Burdick & McDonough LLP |
| Address: | 44 Montgomery Street, Suite 400 |
| City/State/Zip: | San Francisco, California 94104 |
| Phone Number: | (415) 743-2245 |
| Fax Number: | (415) 989-0932 |

Alan P. Jacobus is a member in good standing of the bars of the States of California, Louisiana, and Illinois.

WHEREFORE, it is respectfully prayed that the referenced motion be granted, with all other further relief deemed appropriate by the Court.

Dated:   New York, New York
         March 3, 2008

>                    Colliau Elenius Murphy Carluccio
>                    Keener & Morrow
>
>                    By: _____/s/ Marian S. Hertz_____
>                             Marian S. Hertz
>                    40 Wall Street, 7th Floor
>                    New York, New York 10005
>                    Telephone: (212) 440-2743
>                    Attorneys for Plaintiff The Continental
>                    Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>- against -<br><br>FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.<br><br>Defendant. | **AFFIDAVIT OF MARIAN S. HERTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>CIVIL ACTION NO. 08-CV-02012 |

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK )

Marian S. Hertz, being duly sworn, hereby deposes and says as follows:

1. I am Senior Counsel at Colliau Elenius Murphy Carluccio Keener & Morrow, counsel for Plaintiff, The Continental Insurance Company ("Continental"), in the above captioned action. I am familiar with the proceedings in this case. I make this statement

based on my personal knowledge of the facts set forth herein and in support of Plaintiff Continental's motion to admit Gretchen A. Ramos and Alan P. Jacobus as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in January 7, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I do not know Ms. Ramos and Jacobus personally, but my clients at Continental Insurance have known them and want to use their special knowledge for this case, and find them to be skilled attorneys and individuals of integrity. I am informed that they are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

4. Accordingly, I am pleased to move the admission of Gretchen A. Ramos and Alan P. Jacobus, pro hac vice.

5. I respectfully submit proposed orders granting the admission of Gretchen A. Ramos and Alan P. Jacobus, pro hac vice, attached hereto as Exhibit A. Original Certificates of Good Standing for Ms. Ramos (from the State of California) and Mr. Jacobus (from the States of California, Louisiana and Illinois) are attached as Exhibit B.

There are no pending disciplinary proceedings against Ms. Ramos or Mr. Jacobus in any State or Federal Court.

WHEREFORE, it is respectfully requested that the motion to admit Gretchen A. Ramos and Alan P. Jacobus, pro hac vice, to represent Plaintiff, The Continental Insurance Company, in the above captioned matter, be granted.

                                            Marian S. Hertz

Sworn to before me this
    day of March, 2008

_____
    Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>- against -<br><br>FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.<br><br>Defendant. | **ORDER FOR ADMISSION**<br>**OF GRETCHEN A. RAMOS**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION**<br><br>CIVIL ACTION NO. 08-CV-02012 |

Upon the motion of Marian Hertz attorney for THE CONTINENTAL INSURANCE COMPANY and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gretchen A. Ramos |
| Firm Name: | Carroll, Burdick & McDonough LLP |
| Address: | 44 Montgomery Street, Suite 400 |
| City/State/Zip: | San Francisco, California 94104 |
| Phone Number: | (415) 743-2576 |
| Fax Number: | (415) 989-0932 |
| Fax Number: | (415) 989-0932 |

CBM-IPG\SF395234                                                                                                                              1

is admitted to practice pro hac vice as counsel for THE CONTINENTAL INSURANCE COMPANY in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
         _____, 2008

_____
United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>- against -<br><br>FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.<br><br>Defendant. | ORDER FOR ADMISSION<br>ALAN P. JACOBUS<br>PRO HAC VICE<br>ON WRITTEN MOTION<br><br>CIVIL ACTION NO. 08-CV-02012 |

Upon the motion of Marian Hertz attorney for THE CONTINENTAL INSURANCE COMPANY and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alan P. Jacobus |
| Firm Name: | Carroll, Burdick & McDonough LLP |
| Address: | 44 Montgomery Street, Suite 400 |
| City/State/Zip: | San Francisco, California 94104 |
| Phone Number: | (415) 743-2245 |
| Fax Number: | (415) 989-0932 |

is admitted to practice pro hac vice as counsel for THE CONTINENTAL INSURANCE COMPANY in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
         _____, 2008

_____
United States District/Magistrate Judge

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

February 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GRETCHEN ANNE RAMOS, #198689 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 20, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALAN PALMER JACOBUS, #206954 was admitted to the practice of law in this state by the Supreme Court of California on May 31, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# 𝔏ouisiana 𝔖tate 𝔅ar 𝔄ssociation

The Louisiana State Bar Association hereby certifies that_____

_____Mr. Alan Palmer Jacobus_____

whose address is _____44 Montgomery St Fl 4_____

_____San Francisco, CA  94104_____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____8th_____ day of __October__, __1993__.

Given over my hand and the Seal of the Louisiana State Bar Association, this____12th____ day of __February__, __2008__.

_[signature]_

Executive Director
Louisiana State Bar Association

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Alan Palmer Jacobus

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on May 9, 1996 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, February 20, 2008.

*Juleann Hornyak*
Clerk

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK )

Katherine M. Danzo, being duly sworn, deposes and says:

That deponent is not a party to this action, is over 18 years of age and resides in the County of New York, State of New York.

That on the 3rd day of March, 2008, deponent served the within **MOTION TO ADMIT COUNSEL PRO HAC VICE** and **AFFIDAVIT OF MARIAN S. HERTZ IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** upon:

Rafael Vergara, Esq.
White And Williams LLP
Attorneys for Plaintiff Century Indemnity Company
One Penn Plaza, Suite 1801
New York, NY 10119
Phone: 212-244-9500


Shane R. Heskin, Esq.
White And Williams LLP
Attorneys for Plaintiff Century Indemnity Company
1800 One Liberty Place
Philadelphia, PA 19103
Phone: 215-864-7000

Freeport-McMoran Copper & Gold Inc.
Defendant
1615 Poydras Street
New Orleans, LA 70112

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Katherine M. Danzo

Sworn to before me this
____ day of March, 2008

Notary Public, State of New York
No. 02V16___
Qualified in New York County
Commission Expires Sep. 29, 20__