USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CENTURY INDEMNITY COMPANY, AS :
SUCCESSOR TO CCI INSURANCE :
COMPANY, AS SUCCESSOR TO : 08 Civ. 2012 (PKL)
INSURANCE COMPANY OF NORTH :
AMERICA and THE CONTINENTAL : **STIPULATION**
INSURANCE COMPANY, : **EXTENDING TIME TO**
: **RESPOND TO COMPLAINT**
                  Plaintiffs, :
:
    v. :
:
FREEPORT-MCMORAN COPPER & GOLD :
INC., AS THE CLAIMED SUCCESSOR TO :
PHELPS DODGE CORPORATION, AS THE :
CLAIMED SUCCESSOR TO CYPRUS :
AMAX MINERALS COMPANY, AS THE :
CLAIMED SUCCESSOR TO AMAX, INC., :
AS SUCCESSOR TO AMERICAN METAL :
CLIMAX, INC., :
:
                  Defendant. :
:
----------------------------------------------------------x

      IT IS HEREBY STIPULATED by and between the undersigned counsel that Defendant's time to answer, move or otherwise respond to the Complaint now due on March 24, 2008 has been extended until and including April 23, 2008. No previous extensions have been requested by the Defendant or granted by the Court.

     It is further stipulated and agreed that facsimile signatures may be deemed as originals.

Dated: New York, New York
      March 17, 2008

WHITE AND WILLIAMS LLP

By: *Shane R. Heskin*
Shane R. Heskin, Esq. (SH-9984)

1800 One Liberty Place
Philadelphia, Pennsylvania 19103
(215) 864-7000
heskins@whiteandwilliams.com
Attorneys for Plaintiff Century Indemnity
Company

HELLER EHRMAN LLP

By: *[signature]*
Lisa M. Cirando, Esq. (LC-1916)

7 Times Square
New York, New York 10036
(212) 832-8300
lisa.cirando@hellerehrman.com
Attorneys for Defendant Freeport-McMoRan
Copper & Gold Inc.

CARROLL BURDICK & McDONOUGH LLP

By: *[signature]*
для Alan P. Jacobus, Esq.
   (*pro hac vice* pending)

44 Montgomery Street
San Francisco, California 94104
(415) 989-1900
ajacobus@cbmlaw.com
Attorneys for Plaintiff The Continental Insurance
Company


SO ORDERED: *[signature]* 3/20/08

Hon. Peter K. Leisure
United States District Court

2