# Bombet, Cashio & Associates
## 800-256-5333

**Baton Rouge, LA** - 11220 N. Harrell's Ferry Rd., Baton Rouge, LA 70816
**New Orleans, LA** - Bombet, Cashio & Assoc, P.O. Box 627, Metairie, LA 70004
**Lafayette, LA** - Bombet, Cashio & Assoc, 207 S. William Dr., Lafayette, LA 70506
**Dallas, TX** - Bombet, Cashio & Bombet, 1601 Monterrey, Garland, TX 75042

## Nationwide Investigations & Process Service

## Affidavit of Process Server

In the United States District Court for The Southern District of New York
(NAME OF COURT)

Century Indemnity Company vs Freeport McMoran Copper & Gold   Case#08-CV02012

I, _Henry McCoy_, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _Freeport, McMoran Copper & Gold c/o Lisa Russin_
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) _Complaint, Demand for Trial by Jury and other documents_

by leaving with _Lisa Russin_  _Receptionist_
            NAME                     RELATIONSHIP

☐ Residence _____
            ADDRESS            CITY / STATE

☑ Business _1615 Poydras Street   New Orleans  LA_
            ADDRESS            CITY / STATE

On _3/3/08_ AT _10:00 AM_
    DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
      CITY        STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE    TIME           DATE    TIME
(3)_____ (4)_____ (5)_____
    DATE    TIME           DATE    TIME           DATE    TIME

**Description:** Age _25_ Sex _____ Race _W_ Height _5'4_ Weight _125_ Hair _blond_ Glasses ___

SUBSCRIBED AND SWORN to before me this ___ day of _Mar_, 2008.

_____
SIGNATURE OF NOTARY PUBLIC

_____
SIGNATURE OF PROCESS SERVER