UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY, | Electronically Filed<br><br>08 Civ. 2012 (PKL)<br><br>**NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| v. | |
| FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC., | |
| Defendant. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that the law firm of Heller Ehrman LLP hereby appears on behalf of defendants Freeport-McMoRan Copper & Gold, Inc., Phelps Dodge Corporation, and Cyprus Amax Minerals Company in the above-captioned action, and demands that all pleadings, notices, orders, correspondence, and other papers in connection with the action be served upon the undersigned.

Dated: April 4, 2008

Respectfully submitted,

By: /s/   **Lisa M. Cirando**

    Lisa M. Cirando (LC-1916)
    Lisa.Cirando@hellerehrman.com
    Chelsea J. Walsh (CW-1489)
    Chelsea.Walsh@hellerehrman.com
    HELLER EHRMAN LLP
    7 Times Square
    New York, New York 10036
    (212) 832-8300
    Fax: (212) 763-7600

*Attorneys for Freeport-McMoRan Copper & Gold, Inc., Phelps Dodge Corporation, and Cyprus Amax Minerals Company*