UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY, | Electronically Filed<br><br>08 Civ. 2012 (PKL)<br><br>**FEDERAL RULE OF CIVIL**<br>**PROCEDURE 7.1 STATEMENT** |
| Plaintiffs, | |
| v. | |
| FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC., | |
| Defendant. | |

----------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Freeport–McMoRan Copper & Gold Inc., by and through its attorneys, hereby states that it has no parent corporation and that there is no publicly held corporation that owns more than ten percent of its stock.

Dated: New York, New York  
      April 4, 2008

Respectfully submitted

HELLER EHRMAN LLP

By: **/s/ Lisa M. Cirando**
    Lisa M. Cirando, Esq. (LC-1916)
    Lisa.Cirando@hellerehrman.com
    7 Times Square
    New York, New York 10036
    (212) 832-8300
    Fax: (212) 763-7600

Attorneys for Defendant Freeport-McMoRan Copper & Gold Inc.