UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CENTURY INDEMNITY COMPANY, : 
AS SUCCESSOR TO CCI INSURANCE :
COMPANY, AS SUCCESSOR TO : 08 Civ. 2012 (PKL)
INSURANCE COMPANY OF NORTH :
AMERICA and THE CONTINENTAL : **ORDER FOR ADMISSION**
INSURANCE COMPANY, : ***PRO HAC VICE***
: **ON WRITTEN MOTION**
:
                    Plaintiffs, :
:
v. :
:
FREEPORT-MCMORAN COPPER & :
GOLD INC., AS THE CLAIMED :
SUCCESSOR TO PHELPS DODGE :
CORPORATION, AS THE CLAIMED :
SUCCESSOR TO CYPRUS AMAX :
MINERALS COMPANY, AS THE :
CLAIMED SUCCESSOR TO AMAX, :
INC., AS SUCCESSOR TO AMERICAN :
METAL CLIMAX, INC., :
:
                    Defendant. :
---------------------------------------------------------x

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/9/08]

Upon the motion of Lisa M. Cirando, attorney for defendants Freeport–McMoran Copper & Gold, Inc., Phelps Dodge Corporation and Cyprus Amax Minerals Company in the above-captioned case,

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Mark J. Plumer
    Firm Name:  Heller Ehrman LLP
    Address:  1717 Rhode Island Avenue, NW
    City/State/Zip:  Washington, DC 20036
    Phone Number:  (202) 912-2021
    Fax Number:  (202) 912-2202
    Email Address:  mark.plumer@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for defendants Freeport–McMoran Copper & Gold, Inc., Phelps Dodge Corporation and Cyprus Amax Minerals Company in the

above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: __4/08__, 2008
New York, New York

SO ORDERED:

_____
Hon. Peter K. Leisure
United States District Court

2