UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTURY INDEMNITY COMPANY, AS
SUCCESSOR TO CCI INSURANCE
COMPANY, AS SUCCESSOR TO
INSURANCE COMPANY OF NORTH
AMERICA and THE CONTINENTAL
INSURANCE COMPANY,

        Plaintiffs,

- against -

FREEPORT-MCMORAN COPPER & GOLD
INC., AS THE CLAIMED SUCCESSOR
TO PHELPS DODGE CORPORATION, AS
THE CLAIMED SUCCESSOR TO CYPRUS
AMAX MINERALS COMPANY, AS THE
CLAIMED SUCCESSOR TO AMAX,
INC., AS SUCCESSOR TO AMERICAN
METAL CLIMAX, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/08

ORDER

08 Civ. 02012 (PKL)

**LEISURE, District Judge:**

    The Court hereby ORDERS that defendants' time to answer, move, or otherwise respond to the Complaint is extended for 30 days. The pre-trial conference scheduled for May 22, 2008 is hereby ADJOURNED to June 26, 2008 at 10:00 a.m.

**SO ORDERED.**

**New York, New York**
April **21**, 2008

                                      /s/ Peter K. Leisure
                                      U.S.D.J.