UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CENTURY INDEMNITY COMPANY,                : Electronically Filed
AS SUCCESSOR TO CCI INSURANCE             :
COMPANY, AS SUCCESSOR TO                  : 08 Civ. 2012 (PKL)
INSURANCE COMPANY OF NORTH                :
AMERICA and THE CONTINENTAL               : **NOTICE OF APPEARANCE**
INSURANCE COMPANY,                        :
                                          :
                        Plaintiffs,       :
                                          :
            v.                            :
                                          :
FREEPORT-MCMORAN COPPER &                 :
GOLD INC., AS THE CLAIMED                 :
SUCCESSOR TO PHELPS DODGE                 :
CORPORATION, AS THE CLAIMED               :
SUCCESSOR TO CYPRUS AMAX                  :
MINERALS COMPANY, AS THE                  :
CLAIMED SUCCESSOR TO AMAX,                :
INC., AS SUCCESSOR TO AMERICAN            :
METAL CLIMAX, INC.,                       :
                                          :
                        Defendants.       :
-----------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for defendants Freeport-McMoRan Copper & Gold, Inc., Phelps Dodge Corporation, and Cyprus Amax Minerals Company, and demands that copies of all notices, papers and filings be served at the following address:

Mark J. Plumer, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Phone: (202) 912-2021
Fax: (202) 912-2202
E-mail: mark.plumer@hellerehrman.com

Dated: April 24, 2008

Respectfully submitted,

By: /s/   **Mark J. Plumer**

    Mark. J. Plumer (MP-1466)
    Mark.Plumer@hellerehrman.com

    HELLER EHRMAN LLP
    1717 Rhode Island Avenue, NW
    Washington, D.C. 20036
    Phone: (202) 912-2000
    Fax: (202) 912-2020

    Lisa M. Cirando (LC-1916)
    Lisa.Cirando@hellerehrman.com

    Chelsea J. Walsh (CW-1489)
    Chelsea.Walsh@hellerehrman.com

    HELLER EHRMAN LLP
    7 Times Square
    New York, New York 10036
    Phone: (212) 832-8300
    Fax: (212) 763-7600

*Attorneys for Freeport-McMoRan Copper & Gold, Inc., Phelps Dodge Corporation, and Cyprus Amax Minerals Company*

2