UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CENTURY INDEMNITY COMPANY, :
AS SUCCESSOR TO CCI INSURANCE :
COMPANY, AS SUCCESSOR TO :
INSURANCE COMPANY OF NORTH :
AMERICA and THE CONTINENTAL : 08 Civ. 2012 (PKL)
INSURANCE COMPANY, :
 :
               Plaintiffs, : **CERTIFICATE OF SERVICE**
 :
      v. :
 :
FREEPORT-MCMORAN COPPER & :
GOLD INC., AS THE CLAIMED :
SUCCESSOR TO PHELPS DODGE :
CORPORATION, AS THE CLAIMED :
SUCCESSOR TO CYPRUS AMAX :
MINERALS COMPANY, AS THE :
CLAIMED SUCCESSOR TO AMAX, :
INC., AS SUCCESSOR TO AMERICAN :
METAL CLIMAX, INC., :
 :
               Defendant.
-----------------------------------------------------------x

      I, Ryan Larson, hereby declare under penalty of perjury, on the 24th day of April 2008, I caused true and correct copies of defendant Freeport-McMoRan Copper & Gold Inc.'s Notice of Appearance for Mark J. Plumer in the above captioned case to be served on plaintiffs Century Indemnity Company's and The Continental Insurance Company's counsel listed below by US Mail:

                        Shane R. Heskin, Esq.
                        White and Williams LLP
                        1800 One Liberty Place
                    Philadelphia, Pennsylvania 19103
                          (215) 864-7000
          Attorneys for Plaintiff Century Indemnity Company

                    Alan P. Jacobus, Esq.
              Carroll Burdnick & McDonough LLP
                    44 Montgomery Street
                          Suite 400
              San Francisco, California  94104
                      (415) 989-1900
Attorneys for Plaintiff The Continental Insurance Company

Dated: New York, New York
      April 24, 2008                        Ryan P. Larson