UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
CENTURY INDEMNITY COMPANY, AS :
SUCCESSOR TO CCI INSURANCE :
COMPANY, AS SUCCESSOR TO : Index No. 08 Civ. 02012 (PKL)
INSURANCE COMPANY OF NORTH :
AMERICA and THE CONTINENTAL :
INSURANCE COMPANY, : **AFFIDAVIT OF**
: **GREGORY D. WINFREE**
                 Plaintiffs, :
:
           v. :
:
FREEPORT-MCMORAN COPPER & GOLD :
INC., AS THE CLAIMED SUCCESSOR TO :
PHELPS DODGE CORPORATION, AS THE :
CLAIMED SUCCESSOR TO CYPRUS :
AMAX MINERALS COMPANY, AS THE :
CLAIMED SUCCESSOR TO AMAX, INC., :
AS SUCCESSOR TO AMERICAN METAL :
CLIMAX, INC., :
:
                 Defendant. :
:
------------------------------------------------------------x

State of Arizona    )
                         ) ss:
County of Maricopa  )

      GREGORY D. WINFREE, being duly sworn, deposes and states as follows:

      1. I submit this Affidavit in support of the motion to dismiss by Freeport-McMoRan Copper & Gold Inc. ("Freeport"). Unless stated upon information and belief, I have personal knowledge of the facts stated herein and affirm that such statements of fact are true and correct to the best of my knowledge.

2. I am Chief Litigation Counsel with Freeport-McMoRan Copper & Gold Inc. ("Freeport"). In my capacity as Chief Litigation Counsel, I am responsible for managing all of the active litigation involving Freeport and its subsidiaries, affiliates, and business units. I have held this position since March 2007 at an office located in Phoenix, Arizona. Previously, I was employed by Phelps Dodge Corporation ("Phelps Dodge") as Senior Counsel-Litigation, a position I held from June 2004.

3. Beginning in February 2007, Cyprus Amax Minerals Company ("Cyprus Amax") commenced a review of 18,000 boxes of commingled AMAX Inc. ("AMAX") and Cyprus Minerals Company ("Cyprus") documents.

4. The review of the above-referenced documents was necessary in my judgment to comply with outstanding discovery requests in certain lawsuits seeking damages for bodily injury related to Amax Metals Recovery, Inc.'s ("AMRI") historic operations. These lawsuits were filed in Louisiana against AMRI (the "AMRI Actions").

5. The review of the above-referenced documents also was necessary to comply with certain outstanding discovery requests in certain lawsuits seeking damages for bodily injury related to Cyprus Minerals Company predecessors.

6. The document review took place in Phoenix, Arizona, and the law firm that conducted the review is based in Phoenix, Arizona.

7. Insurance coverage for the Cyprus component of the document review is governed by a confidential settlement agreement (the "2007 Agreement" or "Agreement") entered into by Cyprus Amax and four primary insurers providing coverage for the historic operations of Cyprus. I have reviewed the 2007 Agreement. The existence of the 2007 Agreement is not confidential, although the Agreement generally is confidential. Consistent with the 2007 Agreement, any dispute must be adjudicated in the Superior Court of California, County of Los Angeles, and will be controlled by and interpreted according to the laws of the State of California.

8. HellerEhrman LLP, outside insurance counsel for Cyprus Amax, apprised the parties to the 2007 Agreement in advance -- pursuant to the Agreement's terms -- that Cyprus Amax intended to disclose the general nature of the Agreement and its application to the current dispute and the substance of those specific terms related to choice of forum and choice of law requirements.

9. I participated in the pre-litigation claim discussions with Continental and Century. Freeport and its subsidiaries negotiated in good faith with Continental and Century, including attending face-to-face meetings, providing requested information and allowing them to visit the site of the document review, which was ongoing at the time. I relied upon the impression they conveyed that they were evaluating the claim for purposes of engaging in a serious claims discussion. There was no prior warning that they intended to file a lawsuit and we were completely blindsided by the filing of this lawsuit.

_____
Gregory D. Winfree

Sworn to before me this 22nd day of May, 2008

_____
Notary Public

OFFICIAL SEAL
VICTORIA L. BELLAMY
NOTARY PUBLIC - STATE OF ARIZONA
No. 82486 - MARICOPA COUNTY
My Comm. Expires May 5, 2011

3