UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CENTURY INDEMNITY COMPANY,　　　　　:
AS SUCCESSOR TO CCI INSURANCE　　　:
COMPANY, AS SUCCESSOR TO　　　　　　:
INSURANCE COMPANY OF NORTH　　　　　:
AMERICA and THE CONTINENTAL　　　　:　08 Civ. 2012 (PKL)
INSURANCE COMPANY,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiffs,　:　**CERTIFICATE OF SERVICE**
　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　:

FREEPORT-MCMORAN COPPER &
GOLD INC., AS THE CLAIMED
SUCCESSOR TO PHELPS DODGE
CORPORATION, AS THE CLAIMED
SUCCESSOR TO CYPRUS AMAX
MINERALS COMPANY, AS THE
CLAIMED SUCCESSOR TO AMAX,
INC., AS SUCCESSOR TO AMERICAN
METAL CLIMAX, INC.,

　　　　　　　　　　Defendant.

-------------------------------------------------------------x

I, Ryan Larson, hereby declare under penalty of perjury, on the 23rd day of May

2008, I caused true and correct copies of defendant Freeport-McMoRan Copper & Gold

Inc.'s Notice of Motion and Memorandum of Law in Support of Its Motion to Dismiss or

Stay this Action, the affidavits Gregory D. Winfree, Victoria Bellamy, and Michele A.

Hughes, each dated May 22, 2008 and the Declaration of Chelsea J. Walsh, dated May

22, 2008 in the above captioned case to be served on plaintiffs Century Indemnity

Company's and The Continental Insurance Company's counsel listed below by US Mail:

Shane R. Heskin, Esq.
White and Williams LLP

1800 One Liberty Place
Philadelphia, Pennsylvania 19103
(215) 864-7000
Attorneys for Plaintiff Century Indemnity Company

Alan P. Jacobus, Esq.
Carroll Burdnick & McDonough LLP
44 Montgomery Street
Suite 400
San Francisco, California 94104
(415) 989-1900
Attorneys for Plaintiff The Continental Insurance Company

Marian S. Hertz, Esq.
Colliau Elenius Murphy Carluccio Keener & Morrow
40 Wall Street, 7th Floor
New York, NY 10005
(212) 440-2743
Attorneys for Plaintiff The Continental Insurance Company

Dated: New York, New York
       May 23, 2008

Ryan P. Larson