# COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

### ATTORNEYS AT LAW

40 WALL STREET

NEW YORK, NY 10005

FAX NO. (212) 440-2749

**MEMO ENDORSED**

MARIAN S. HERTZ
ATTORNEY

DIRECT DIAL
(212) 440-2743

June 9, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/08
```

**VIA FACSIMILE (212) 805-7913**

The Honorable Peter K. Leisure
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1910
New York, New York 10007

> Re:   Century Indemnity Company et al v.
>       Freeport-McMoran Copper & Gold Inc.
>       Civil Action No.:   08-CV-02012 (PKL)
>       Our File No.:       108380061

Dear Judge Leisure:

We write on behalf of plaintiff Continental Insurance Company ("Continental") with reference to defendant Freeport-McMoran's motion to dismiss or stay.

Pursuant to the local rules of the Court and the Federal Rules of Civil Procedure, and upon agreement of the parties, Continental will file its opposition to Freeport's motion on June 12, 2008, unless otherwise directed by the Court.

We thank the Court for its courtesy in this matter.

6/10/08

SO ORDERED

USDJ

Very truly yours,

Marian S. Hertz

LOS ANGELES
(213) 996-5100

SAN FRANCISCO
(415) 932-7000

CHICAGO
(312) 822-6603

DALLAS
(214) 220-5908

The Honorable Peter K. Leisure
Civil Action No.: 08-CV-02012
June 9, 2008
Page 2


cc:   **VIA EMAIL**

Mark J. Plumer (admitted *pro hac vice*)
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, D.C. 20036
(202) 912-2000

Lisa M. Cirando (LC 1916)
Chelsea J. Walsh (CW 1489)
Heller Ehrman LLP
7 Times Square
New York, New York 10036
(212) 832-8300

Gretchen A. Ramos (admitted *pro hac vice*)
Alan P. Jacobus (admitted *pro hac vice*)
Carroll Burdick & McDonough L.L.P.
44 Montgomery Street
San Francisco, California 94104

Shane R. Heskin (SH-9984)
White and Williams LLP
1800 One Liberty Place
Philadelphia, Pennsylvania 19103
(215) 864-7000

MSH:kmd

Y:\105\0061 Century Indemnity v. Amex - CL\Correspondence\Judge P. Leisure 6.09.08.doc