## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| versus | :     CIVIL ACTION NO. 08 CV 02012 <br> : |
| **FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC. AND AMAX METALS RECOVERY, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendant. | : <br> : |

### AFFIDAVIT OF ROBERT GALARDI

I, Robert Galardi being of lawful age and having been duly sworn, state the following:

1.     I make this affidavit based on personal knowledge pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.     I am a Claim Specialist for the Environmental and Mass Tort Claims Department of The Continental Insurance Company ("Continental").

3.     Attached as Exhibit A is a true and correct copy of the declarations page of insurance policy L-3320862. The declarations page indicates policy L-3320862 was issued, effective January 1, 1975 to January 1, 1976, by The Continental Insurance Company to Amax,

Inc.  The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in New York, New York.

4.      Attached as Exhibit B is a true and correct copy of the declarations page of insurance policy L-3618826.  The declarations page indicates policy L-3618826 was issued, effective January 1, 1976 to January 1, 1977, by The Continental Insurance Company to Amax, Inc.  The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in New York, New York.

5.      Attached as Exhibit C is a true and correct copy of the declarations page of insurance policy L-1184328.  The declarations page indicates policy L-1184328 was issued, effective January 1, 1977 to January 1, 1978, by The Continental Insurance Company to Amax, Inc.  It appears the effective period of policy L-1184328 was later extended to January 1, 1980.  The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

6.      Attached as Exhibit D is a true and correct copy of a daily report for insurance policy SRL 3635913.  The daily report indicates policy SRL 3635913 was issued, effective January 1, 1980 to January 1, 1981, by The Continental Insurance Company to Amax, Inc.  The daily report indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

7.    Attached as Exhibit E is a true and correct copy of the declarations page of insurance policy SRL 3636099. The declarations page indicates policy SRL 3636099 was issued, effective January 1, 1981 to January 1, 1982, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

8.    Attached as Exhibit F is a true and correct copy of the declarations page of insurance policy SRL 3636291. The declarations page indicates policy SRL 3636291 was issued, effective January 1, 1982 to January 1, 1983, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

9.    Attached as Exhibit G is a true and correct copy of the declarations page of insurance policy SRL 3636677. The declarations page indicates policy SRL 3636677 was issued, effective January 1, 1983 to January 1, 1984, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

10.    Attached as Exhibit H is a true and correct copy of the declarations page of insurance policy SRL 3636859. The declarations page indicates policy SRL 3636859 was issued, effective January 1, 1984 to January 1, 1985, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in

New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

11.    Attached as Exhibit I is a true and correct copy of the declarations page of insurance policy SRL 3344412. The declarations page indicates policy SRL 3344412 was issued, effective January 1, 1985 to January 1, 1986, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

12.    Attached as Exhibit J is a true and correct copy of the declarations page of insurance policy SRL 3347418. The declarations page indicates policy SRL 3347418 was issued, effective January 1, 1986 to April 1, 1986, by The Continental Insurance Company to Amax, Inc. The declarations page indicates The Continental Insurance Company was located in New York, New York, that the broker of the policy, Frenkel & Co., was located in New York, New York, and that Amax, Inc. was located in Greenwich, Connecticut.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-4-

FURTHER AFFIANT SAITH NOT.

I affirm under the penalties for perjury that the foregoing is true and accurate to the best of my knowledge and belief.

_Robert Galardi_

Robert Galardi

STATE OF NEW JERSEY    )
                       ) SS:
COUNTY OF _Middlesex_  )

Personally appeared before me, a Notary Public, in and for said County and State, Robert Galardi, who acknowledges the foregoing statements to be true and correct to the best of his knowledge and belief.

Subscribed and sworn to on this _6th_ day of June 2008.

_Mary Ann Galayda_

Notary Public

Printed: MARY ANN GALAYDA
NOTARY PUBLIC
STATE OF NEW JERSEY
No. 2057292
MY COMMISSION EXPIRES MARCH 10, 2009

My Commission Expires:                    My Commission Expires March 10, 2009

_____              _____

# EXHIBIT A

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S
RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO
DISMISS OR STAY THIS ACTION**

***CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET
AL.***

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NO. 08 CV 02012**
CBM-IPG\SF407339.1

Producer
Frenkel & Co.
156 William Street
New York City, N. Y. 10038
Code No. 81 521 056

Policy No. I 3 32 08 '2

**CONFIDENTIAL**

The Continental Insurance Company
(A Stock Company Organized 1853)
80 Maiden Lane, New York, New York 10038

(A Stock Company herein called the Company)

Agrees with the Named Insured, in consideration of the payment of
the premium and subject to the declarations following, to provide
Insurance as hereinafter set forth, subject to all the terms of
this policy as follows:

Blanket Liability Policy

Declarations

Item I
Named Insured:  Amax Inc., And As Schedule A Attached

Item II
Address:      1270 Avenue Of The Americas
              New York, New York

Item III - Policy Period:  From:  January 1, 1975
                           To:    January 1, 1976
                           12:01 A. M. Standard Time, at the
                           Address of the Named Insured as
                           stated herein as to both of said
                           dates.

Item IV - Limits of Liability

        Coverage A

        Personal Injury Liability      $1,000,000 Each Occurrence

                                        $1,000,000 Aggregate Products

        Coverage B

        Property Damage Liability       $100,000 Each Occurrence

                                        $100,000 Aggregate Products

───── *The* CONTINENTAL INSURANCE COMPANIES ─────

AX 0000905

# EXHIBIT B

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION**

*CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.*

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

Producer
Frenkel & Company, Inc.
156 William Street
New York, N. Y. 10038
Code No. 81 980 021

Policy No. L-3 61 88 26

**CONFIDENTIAL**

## THE CONTINENTAL INSURANCE COMPANY
### (A Stock Company Organized 1853)
### 80 Maiden Lane, New York, New York 10038

### (A Stock Company Herein Called The Company)

Agrees with the Named Insured, in consideration of the payment of
the premium and subject to the declarations following, to provide
insurance as hereinafter set forth, subject to all the terms of
this policy as follows:

### BLANKET LIABILITY POLICY

### DECLARATIONS

Item I
Named Insured:  AMAX, Inc., And As per Schedule "A" Attached

Item II
Address:        1270 Avenue Of The Americas
                New York, New York

Item III
Policy Period:  From:  January 1, 1976
                To:    January 1, 1977
                12:01 A. M. Standard Time, at the
                Address of the Named Insured as
                Stated herein as to both of said
                Dates.

Item IV - Limits of Liability

          Coverage A

          Personal Injury Liability      $1,000,000 Each Occurrence

                                         $1,000,000 Aggregate

          Coverage B

          Property Damage Liability      $250,000 Each Occurrence

                                         $250,000 Aggregate Products

                                         $500,000 Aggregate All Other
                                                  Property Damage
                                                  Coverage

Guaranty Fund $36.00
—— *The* CONTINENTAL INSURANCE COMPANIES

# EXHIBIT C

ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION

*CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.*

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012

CBM-IPG\SF407339.1

Producer                                      Policy No. L1 18 43 26
Frenkel & Company, Inc.
156 William Street
New York, N.Y.   10038
Code No. 81 980 021

THE CONTINENTAL INSURANCE COMPANY
(A Stock Company Organized 1853)
80 Maiden Lane, New York, New York  10038

(A Stock Company Herein Called The Company)

Agrees with the Named Insured, in consideration of the payment of
the premium and subject to the declarations following, to provide
Insurance as hereinafter set forth, subject to all the terms of
this policy as follows:

BLANKET LIABILITY POLICY

DECLARATIONS

Item I
Named Insured:  AMAX, Inc., And As per Schedule "A" Attached

Item II
Address:        AMAX CENTER
                GREENWICH, CONNECTICUT,   06830

Item III
Policy Period:  From:  January 1, 1977
                To:    January 1, 1978
                12:01 A.M. Standard Time, at the
                Address of the Named Insured as
                Stated herein as to both of said
                Dates.

Item IV - Limits of Liability

        Coverage A

        Personal Injury Liability        $1,000,000 Each Occurrence

                                         $1,000,000 Aggregate

        Coverage B

        Property Damage Liability        $250,000 Each Occurrence

                                         $250,000 Aggregate Products

                                         $1,000,000 Aggregate All
                                                    Other
                                                    Property Damage
                                                    Coverage

Guaranty Fund $408.00

*The* CONTINENTAL INSURANCE COMPANIES

# EXHIBIT D

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION**

***CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.***

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

| | PREMIUM | 906,627 | | | | | |
|---|---|---|---|---|---|---|---|
| USE ONLY | AUDIT BASIS OF ADJUSTMENT X Ann. | | Semi-Annually | Quarterly | Monthly | | |

(Duty cry)

ERWRITING ROVAL

**The Continental Insurance Company**
**80 Maiden Lane**
**New York, N.Y. 10038**

11    ◄ Company Code

Policy No    SRL

3  63  59  13

**Frenkel & Company Inc.**
**125 William Street**
**New York, N.Y. 10038**

81 980 021

Producer's Name and Code

Renewal of:

L 1184328

ECTION

**AMAX, Inc. & As Per**
**Schedule A Attached**
**Amax Center**
**Greenwich, Conn. 06830**

Named Insured and Address

The named insured is:
Individual ☐;    Partnership ☐;    Corporation ☒;
Joint Venture ☐;
Other (specify)

Business of the named insured is

Item 2.
Policy Period:    From **12:01a** M.    **1-1-80**    to    **1-1-81**
(Hour and Minute)
12:01 A.M., standard time at the address of the named insured as stated herein.
**mos. 2/13/80**

Audit Period:    Annual, unless otherwise stated.

Audit Required
☒ Yes    ☐ No

## LIABILITY INSURANCE POLICY
## DAILY REPORT

Item 3. The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance (Dealers) | $ |
| | $ |
| | $ |
| Comprehensive General Liability Insurance | $ **906,627** |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **Total Advance Premium for this policy** | $ **906,627** |

ATTACH ENDORSE... HERE

Form numbers of endorsements forming a part of the policy on its effective date:

**L7251 (2)**

F... ...um is payable: On effective date of policy $                 ; 1st Anniversary $                 ; 2nd Anniversary $

Countersigned by_____

# EXHIBIT E

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION**

***CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.***

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

Policy
Issued By

The Continental Insurance Company
80 Maiden Lane
New York, NY 10038

A STOCK COMPANY

11

Policy No.    SRL

3 63 60 99

Producer's
Name

Frenkel & Co., Inc.
123 William Street
New York, NY 10038

99 913 659

◄ Producer's
Code

Renewal of:

SRL 3635913

Item 1.
Named
Insured
and Address
(Number and
Street, Town or
City, County
and State)

Amax Inc. & As Per Schedule A Attached
Amax Center
Greenwich Conn. 06830

kc 3/5/81

The named insured is:

Individual ☐;    Partnership ☐;    Corporation ☒;

Joint Venture ☐;

Other (specify)

Business of the named insured is:

Mining, Smelting & Refining

Item 2.
Policy
Period:

From 12:01A .M.,  1/1/81  to  1/1/82
(Hour and Minute)

12:01 A.M., standard time at the address of the named insured as stated herein.

Audit
Period:

Annual, unless otherwise stated.

Audit Required

☒ Yes    ☐ No

## LIABILITY INSURANCE POLICY – SECTION TWO – DECLARATIONS
### (For Automobile Insurance or General Liability Insurance separately or combined)

Item 3. The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance (Dealers) | $ |
|  | $ |
|  | $ |
| Comprehensive General Liability Insurance | $ 1,254,000 |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Deposit Premium | $ 663,240 |
| Total Advance Premium for this policy | $ see end't #1 |

Form numbers of endorsements forming a part of the policy on its effective date:

Premium is payable: On effective date of policy $ _____ ; 1st Anniversary $ _____ ; 2nd Anniversary $ _____

This declarations page shall not be binding on the company unless countersigned by a duly authorized representative of the company, and attached, when issued, to Section One of the company's Liability Insurance Policy, and completed by one or more Coverage Parts for which there is an advance premium indicated on this page.

Countersigned by  _G. Pargon_

LIAB 6625 CSRL C

# EXHIBIT F

ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION

*CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.*

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012

CBM-IPG\SF407339.1

80 Maiden Lane
New York, NY 10038

11

`3 63 62 91`

Frenkel & Co., Inc.
123 William Street
New York, NY 10038

99 913 659

◄ Producer's Code

Renewal of

SRL 3636099

Amax Inc. & As Per Schedule A Attached
Amax Center
Greenwich Conn.  06830

The named insured is:
Individual ☐;   Partnership ☐;   Corporation ☒;
Joint Venture ☐;
Other (specify) Mining, Smelting & Refining
Business of the named insured is:

From 12:01A. M. 1/1/82                to          1/1/83
(Hour and Minute)
12:01 A.M., standard time at the address of the named insured as stated herein.

Annual, unless otherwise stated.

Audit Required
☒ Yes  ☐ No

## LIABILITY INSURANCE POLICY – SECTION TWO – DECLARATIONS
### (For Automobile Insurance or General Liability Insurance separately or combined)

3. The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance  Dealers | $ |
| | $ |
| | $ |
| | $ |
| Comprehensive General Liability Insurance | $ 979,860 |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
| | $ |
| | $ |
| | $ |
| Deposit Premium | 636,298 |
| Total Advance Premium for this policy | see end't #1 |

Form numbers of endorsements forming a part of the policy on its effective date:

+ 5,"

... ium is payable: On effective date of policy $          ; 1st Anniversary $          ; 2nd Anniversary $

...larations page shall not be binding on the company unless countersigned by a duly authorized representative of the company, and attached,
...ued, to Section One of the company's Liability Insurance Policy, and completed by one or more Coverage Parts for which there is an advance
...um indicated on this page.

Countersigned by _L Paragon_ _____

y5 53

6025 CSRL C

# EXHIBIT G

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION**

***CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.***

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

80 MAIDEN LANE
NEW YORK, NY  10036                             ,11          3  63 56  77

FRENKEL & CO. INC.
123 WILLIAM ST                                              Renewal of
NEW YORK, NY  10038          99913659    ◄ Producer's     SRL 3636291
                                           Code

**Producer's Name and Address**

**1.**

**Named Insured and Address** (Number and street, Town or City, County and State)

AMAX INC.
& AS PER SCHEDULE A ATT
AMAX CENTER
GREENWICH, CONN.  06830

The named insured is:
Individual ☐;    Partnership ☐;    Corporation ☐;
Joint Venture ☐;
Other (specify) MINING, SMELTING, REFINING

Business of the named insured is:

**Item 2. Policy Period:** From 12:01 A.M. (Hour and Minute)  1-1-83  to  1-1-84

12:01 A.M., standard time at the address of the named insured as noted herein.

**CONFIDENTIAL**

**Audit Period:** Annual, unless otherwise stated.

Audit Required
☒ Yes    ☐ No

## LIABILITY INSURANCE POLICY – SECTION TWO – DECLARATIONS
### (For Automobile Insurance or General Liability Insurance separately or combined)

Item 3. *The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.*

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance  Dealers: | $ |
|  | $ |
|  | $ |
|  | $ |
| Comprehensive General Liability Insurance | $ 642161 |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Total Advance Premium for this policy | $ 642161 |

Form numbers of endorsements forming a part of the policy on its effective date:

L 7251, L 8199s, L8199, L6817

Premium is payable: On effective date of policy $          ; 1st Anniversary $          ; 2nd Anniversary $

This declarations page shall not be binding on the company unless countersigned by a duly authorized representative of the company, and attached, when issued, to Section One of the company's Liability Insurance Policy, and completed by one or more Coverage Parts for which there is an advance premium indicated on this page.

Countersigned by _____

LIAB 6625 CSRL C

AX 0000241

# EXHIBIT H

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S
RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO
DISMISS OR STAY THIS ACTION**

*CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET
AL.*

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

Continental Insurance Co.
_0 Maiden Lane
New York, New York 10038

Policy No.  SRL
3  63  68  59

Renewal of

Frenkel & Co. Inc.
123 William St.
New York, N. Y. 10038

99 913 659

Producer
Code

SRL 3 63 66 77

**1.**
named
insured
address
ber and
Town or
County
State)

Amax Inc.
& As Per Schedule A Att.
Amax Center
Greenwich, Conn. 06830

The named insured is:
Individual ☐₁    Partnership ☐₂    Corporation ☐₃
Joint Venture ☐₄
Other (specify) MINING, SMELTING, REFINING

Business of the named insured is

**2.**
licy
riod:
From 12:01A.M.    1/1/84    to    1/1/85
    (Hour and Minute)
12:01 A.M., standard time at the address of the named insured as stated herein.

udit
riod:  1½ 2/17
Annual, unless otherwise stated.

Audit Required
☑ Yes   ☐ No

## LIABILITY INSURANCE POLICY — SECTION TWO — DECLARATIONS
### (For Automobile Insurance or General Liability Insurance separately or combined)

**CERTIFICATE OF INSURANCE**

**3.** The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance (Dealers) | $ |
|  | $ |
|  | $ |
| Comprehensive General Liability Insurance | $  750,563. |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Total Advance Premium for this policy | $  750,563. |

Form numbers of endorsements forming a part of the policy on its effective date: Deposit $338,574.

L7251(4)

remium is payable: On effective date of policy $        ; 1st Anniversary $        ; 2nd Anniversary $

·  ·clarations page shall not be binding on the company unless countersigned by a duly authorized representative of the company, and attached,
·   ·ued, to Section One of the company's Liability Insurance Policy, and completed by one or more Coverage Parts for which there is an advance
·r. ·um indicated on this page.

**CERTIFICATE OF INSURANCE**

Countersigned by_____
The Company hereby states that it has issued to the insured named in this certificate a policy of which this certificate is a copy. This cer-
tificate is not a policy of insurance. It is a memorandum of the policy referred to herein at the date of issue hereof and is furnished as
a matter of information only, with the understanding that the rights and liabilities of the parties will be governed by the original policy as
it may be lawfully amended from time to time. This certificate is incomplete unless attached, when furnished to the holder, to Section One
of the Company's Liability Insurance Policy.

# EXHIBIT I

**ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION**

***CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.***

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012**

CBM-IPG\SF407339.1

The Continental Insurance Co.
180 Maiden Lane
New York, N. Y.

F STOCK COMPANY

| Policy No. | SRL |
|---|---|
| 3  34  44  12 | |

11

Producer's
Name
and
Address

Frenkel & Co. Inc.
123 William St.
New York, N. Y. 10038

99 913 659

◄ Producer's
Code

Renewal of:

SRL 3 63 68 59

**Item 1.**
Named
Insured
and Address
(Number and
Street, Town or
City, County
and State)

Amax Inc.
& As Per Schedule A Att.
Amax Center
Greenwich, Conn.  06830

The named insured is:
Individual ☐;   Partnership ☐;   Corporation ☐;
Joint Venture ☐;
Other (specify) MINING,SMELTING,REFINING
Business of the named insured is:

**Item 2.**
Policy
Period:

From 12:01A .M.    1/1/85    to    1/1/86
(Hour and Minute)
12:01 A.M., standard time at the address of the named insured as stated herein.
1k 2/5

**Audit
Period:** Annual, unless otherwise stated.

Audit Required
☐Yes  ☐No

# LIABILITY INSURANCE POLICY – SECTION TWO – DECLARATIONS
## (For Automobile Insurance or General Liability Insurance separately or combined)

**Item 3.** The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance (Dealers) | $ |
|  | $ |
|  | $ |
|  | $ |
| Comprehensive General Liability Insurance | $   814,571. |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
|  | $ |
|  | $ |
|  | $ |
| **Total Advance Premium for this policy** | $   814,571. |

CONFIDENTIAL

Form numbers of endorsements forming a part of the policy on its effective date: Deposit   532,980.

L7251(7),L6680B

Premium is payable: On effective date of policy $              ; 1st Anniversary $              ; 2nd Anniversary $

This declarations page shall not be binding on the company unless countersigned by a duly authorized representative of the company, and attached, when issued, to Section One of the company's Liability Insurance Policy, and completed by one or more Coverage Parts for which there is an advance premium indicated on this page.

James R. Jensen

# EXHIBIT J

ROBERT GALARDI AFFIDAVIT IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO FREEPORT-MCMORAN COPPER & GOLD, INC.'S MOTION TO DISMISS OR STAY THIS ACTION

*CENTURY INDEMNITY COMPANY, ET AL., VS. FREEPORT-MCMORAN COPPER & GOLD INC., ET AL.*

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION NO. 08 CV 02012

CBM-IPG\SF407339.1

| CO. USE ONLY | PREMIUM<br>AUDIT BASIS<br>OF ADJUSTMENT | | | Semi-Annually | Quarterly | Monthly |
|---|---|---|---|---|---|---|

*Underwriter*

UNDERWRITING
APPROVAL

The Continental Insurance Company    II ◄ Company Code

Policy No.   SRL
3 34 74 18

INSPECTION

Frenkel and Company, Inc.
123 William Street
New York, New York 10038

99 913 659    ◄ Producer's Name and Code

Renewal of:
SRL 3 34 64 12

Amax, Inc.
And as Per Schedule A Attached
Amax Center
Greenwich, Conn 06830    ◄

Named Insured and Address

The named insured is:
Individual ☐;   Partnership ☐;   Corporation ☒;
Joint Venture ☐;
Other (specify)

Business of the named insured is:
Mining, Smelting and Refining

Item 2.
Policy Period:  From  12:01 A .M.,  1-1-86  to  4-1-86
(Hour and Minute)
12:01 A.M., standard time at the address of the named insured as stated herein.

Audit Period:  Annual, unless otherwise stated.

Audit Required
☒ Yes   ☐ No

## LIABILITY INSURANCE POLICY
### DAILY REPORT

Item 3. The insurance afforded is only with respect to such of the following Coverage Parts as are indicated by specific premium charge or charges.

| Coverage Parts | Advance Premiums |
|---|---|
| Basic Automobile Liability Insurance | $ |
| Comprehensive Automobile Liability Insurance | $ |
| Automobile Medical Payments Insurance | $ |
| Garage Insurance | $ |
| Uninsured Motorists Insurance | $ |
| Automobile Physical Damage Insurance | $ |
| Automobile Physical Damage Insurance (Dealers) | $ |
|  | $ |
|  | $ 453,533 |
| Comprehensive General Liability Insurance | $ |
| Owners', Landlords' and Tenants' Liability Insurance | $ |
| Manufacturers' and Contractors' Liability Insurance | $ |
| Comprehensive Personal Insurance | $ |
| Farmer's Comprehensive Personal Insurance | $ |
| Contractual Liability Insurance | $ |
| Premises Medical Payments Insurance | $ |
| Owners' and Contractors' Protective Liability Insurance | $ |
| Personal Injury Liability Insurance | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ 453,533 |
| Total Advance Premium for this policy | Deposit $312,034. |

L7ab. 725F (8), L6888B, L7189A, GL2179, GL2000, L8199, L6817A, L6688B, L7104A, L7165C

Premium is payable: LCD on 6-23-86 of policy $    ; 1st Anniversary $    ; 2nd Anniversary $

Countersigned by _____

COPY

LIAB 6625 OR CSRL C