# Figure 1

# Cyprus Amax Corporate History Chart



Freeport-McMoRan Copper and Gold, Inc.

Phelps Dodge Corporation

Cyprus Amax Minerals Company

**Acquisition Mar. 19, 2007**

Freeport-McMoRan Copper and Gold, Inc.

Phelps Dodge Corporation

Cyprus Amax Minerals Company (Dec. 2, 1999)

**Acquisition Dec. 2, 1999**

Phelps Dodge Corporation

Cyprus Amax Minerals Company

**Name Change Nov. 15, 1993**

**Merger Nov. 15, 1993**

The American Insurance Company allegedly issued coverage to an unknown predecessor of Cyprus Minerals Company, effective 5/23/61 – 10/15/64.

Continental Casualty Company allegedly issued coverage to an unknown predecessor of Cyprus Minerals Company, effective 10/15/64 – 1/1/65.

Continental Casualty Company allegedly issued coverage to Cyprus Minerals Company, effective 11/1/69 – 11/1/74.

Truck Insurance Exchange allegedly issued coverage to Cyprus Minerals Company, effective 10/1/74 – 7/1/86.

Old Republic Insurance Company allegedly issued coverage to Cyprus Minerals Company, effective 7/1/85 – 7/1/88.

Cyprus Minerals Company (Sept. 2, 1969)

Amax, Inc.

**Unknown Corporate Transactions**

**Name Change June 14, 1974**

American Metal Climax, Inc.

Insurance Company of North America allegedly issued coverage to American Metal Climax, Inc., effective 1/1/65 – 1/1/75.

The Continental Insurance Company allegedly issued coverage to Amax, Inc., effective 1/1/75 – 4/1/86.

Predecessor companies: Sierra Talc Company, United Sierra Corporation, and Cyprus Industrial Minerals Corporation (details not available)

**Name Change Dec. 30, 1957**

**Merger Dec. 30, 1957**

The American Metal Company (Limited) June 17, 1887

Climax Molybdenum Company

TPG/406837.ppt

CBM CARROLL BURDICK & McDONOUGH LLP