IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, AS SUCCESSOR TO CCI INSURANCE COMPANY, AS SUCCESSOR TO INSURANCE COMPANY OF NORTH AMERICA and THE CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>- against -<br><br>FREEPORT-MCMORAN COPPER & GOLD INC., AS THE CLAIMED SUCCESSOR TO PHELPS DODGE CORPORATION, AS THE CLAIMED SUCCESSOR TO CYPRUS AMAX MINERALS COMPANY, AS THE CLAIMED SUCCESSOR TO AMAX, INC., AS SUCCESSOR TO AMERICAN METAL CLIMAX, INC.<br><br>Defendant. | **ORDER FOR ADMISSION OF VANCE A. WOODWARD PRO HAC VICE ON WRITTEN MOTION**<br><br>CIVIL ACTION NO. 08-CV-02012 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

Upon the motion of Marian Hertz attorney for THE CONTINENTAL INSURANCE COMPANY and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Vance A. Woodward |
| Firm Name: | Carroll, Burdick & McDonough LLP |
| Address: | 44 Montgomery Street, Suite 400 |
| City/State/Zip: | San Francisco, California 94104 |
| Phone Number: | (415) 743-2589 |
| Fax Number: | (415) 989-0932 |

1
CBM-IPG\SF408599.1

is admitted to practice pro hac vice as counsel for THE CONTINENTAL INSURANCE COMPANY in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:   New York, New York
         July 21, 2008

                                                 _____
                                                 United States District/Magistrate Judge